IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

MERLIN STARK,

                    Plaintiff,

vs.                                                          No.1:18-CV-00209-ZJH

GW STRAHAN LLC,

                    Defendant.

## ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of the

United States District Court for the Eastern District of Texas, Appendix B, and order of the District

Court, this matter is before the undersigned United States Magistrate Judge for all proceedings and

entry of judgment in accordance with the consent of the parties.

On May 9, 2018, Plaintiff Merlin Stark (Stark) filed suit in the United States District Court

for the Eastern District of Texas alleging that Defendant GW Strahan, LLC d/b/a Pro-Quip Rentals

(GW Strahan) is liable to Stark for violations of the Fair Labor Standards Act of 1938, 29 U.S.C.

§§ 201, *et seq.* ("FLSA") by failing to pay Stark an overtime premium for time worked in excess

of forty (40) hours per week.  Doc. No. 1.  GW Strahan timely filed its answer on June 7, 2018,

denying the material allegations in Stark's complaint and asserting various affirmative defenses.

Doc.  No.  5.

Since the filing of this lawsuit in May 2018, the parties have exchanged information and

documents necessary to evaluate Stark's claims and GW Strahan's defenses.  There are disputes

between the parties as to the number of hours Stark worked, whether Stark can be classified as an

"exempt" employee in that he was often the highest-ranking person at the business, and whether

or not GW Strahan's failure to pay overtime was "willful" as defined by law.  *See* Doc. No. 14 at 2.  On December 10, 2018, the parties filed their "Joint Motion to Approve Settlement."  Doc. No. 14.  A hearing concerning the motion and settlement was held on December 17, 2018, with counsel for all parties present.  Doc. No. 17.

The Court, having considered the parties' "Joint Motion to Approve Settlement," the applicable law, and representations by counsel at the hearing, **FINDS** that this case presents a bona fide dispute under the FLSA, and that the Settlement Agreement is fair and reasonable as to all parties and reflects an arms' length negotiation and compromise of the disputed claims.

It is, therefore, **ORDERED** that the parties' "Joint Motion to Approve Settlement" (Doc. No. 14) is **GRANTED.**

It is further **ORDERED** that GW Strahan will deliver to Stark's counsel the first payment pursuant to the settlement agreement within ten (10) business days of entry of this Order.

Except as otherwise provided for in the Settlement Agreement, each party shall take nothing on the claims asserted and shall bear its own costs and fees.  The Court retains jurisdiction to enforce the Settlement Agreement.

The Clerk of Court is directed to close the case.

SIGNED this 18th day of December, 2018.

 

_____
Zack Hawthorn
United States Magistrate Judge